# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-9295 MRW | Date | December 18, 2018 |
| Title | Board of Directors of the Motion Picture Industry Pension Plan v. Samiah Signs, Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSING CASE

    Plaintiff filed a notice voluntary dismissing this case without prejudice.  (Docket # 9.)  This action is dismissed without prejudice.